STATE OF NEW JERSEY v. ANN SIMMONS.

June 27, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. KEITH BENNETT.

June 27, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. JAMES STRICKLAND.

June 27, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. DAVID J. SHEEHAN.
June 27, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. B.J.

June 27, 1989.

Petition for certification denied.